UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LILLIAN LYNETTE MEJIA ET AL** | **CASE NO. 6:23-CV-00307** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAFAYETTE CONSOLIDATED GOVERNMENT ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 53) filed by Mark Garber, in his official capacity as Lafayette Parish Sheriff; Rusty Santiny, in his individual and official capacities; and Sara Orgeron, in her individual and official capacities ("LPSO Defendants") is hereby GRANTED in part and DENIED in part. Specifically, the Court grants LPSO Defendants' Motion in part, whereby all federal Constitutional claims against them are dismissed but denies

LPSO Defendants' Motion in part, whereby all claims against them arising under state law shall proceed on the basis of supplemental jurisdiction.

Signed at Lafayette, Louisiana, this 31st day of October, 2024.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE