UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LILLIAN LYNETTE MEJIA ET AL** | **CASE NO. 6:23-CV-00307** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAFAYETTE CONSOLIDATED GOVERNMENT ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss (Rec. Doc. 69) filed by Daniel Kelly ("Kelly") is hereby GRANTED in part and DENIED in part. Specifically, the Court denies Kelly's Motion in part, whereby all federal Constitutional claims against him remain but grants Kelly's Motion in part, whereby all claims against him arising under state law are dismissed.

Signed at Lafayette, Louisiana, this 31st day of October, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE